**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 2:20-cv-14020-RLR**

DEBORAH HARRIS,
individually and on behalf of all
others similarly situated,                                    CLASS ACTION

      Plaintiff,                                                JURY TRIAL DEMANDED

v.

MASTERPIECE REALTY LLC D/B/A
RE/MAX MASTERPIECE REALTY,

      Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE***

It is hereby stipulated and agreed by and between Plaintiff Deborah Harris and Defendant, Masterpiece Realty LLC d/b/a RE/MAX Masterpiece Realty pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Dated: September 8, 2020

| **EISENBAND LAW, P.A.** | **MANTA LAW** |
|---|---|
| */s/ Michael Eisenband* <br> Michael Eisenband <br> Florida Bar No. 94235 <br> 515 E. Las Olas Boulevard, Suite 120 <br> Ft. Lauderdale, Florida 33301 <br> Email: MEisenband@Eisenbandlaw.com <br> Telephone: 954.533.4092 <br> **Attorney for Plaintiff** | */s/Janelle A. Weber* <br> Janelle A. Weber <br> Florida Bar No. 017630 <br> 3808 Gunn Hwy <br> Tampa, Florida 33618 <br> Phone: (813) 982-3363 <br> Email: JWeber@Mantalaw.com <br> **Attorney for Defendant** |

1