**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:20-CV-14020-ROSENBERG/MAYNARD**

DEBORAH HARRIS, *individually and on behalf of all others similarly situated*,

   Plaintiff,

v.

MASTERPIECE REALTY LLC D/B/A RE/MAX MASTERPIECE REALTY,

   Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice at docket entry 30. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of September, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record